DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

BRYNN MARIE BOWKER ALLEN,

Petitioner,

v.

MASON JAMES JEFFERS TAYLOR,

Respondent.

No. 2D2025-2995

—————————————————

June 3, 2026

Petition for Writ of Certiorari to the Circuit Court for Pinellas County;
Elizabeth Jack, Judge.

Tara Scott Lynn of Law Offices of Tara J. Scott, P.A., St. Petersburg, for
Petitioner.

Stephen D. Gregg of Ossian, Zdravko & Gregg, LLC, Clearwater, for
Respondent.


PER CURIAM.

        Dismissed.

BLACK, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.